IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN RAINES, as Trustee of the Carpenters & Joiners Welfare Fund, and each of their successors; TIM MCGOUGH, As Trustee of The Carpenters & Joiners Welfare Fund, and each of their successors; and JOHN RAINES, As Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors;<br><br>Plaintiffs,<br><br>vs.<br><br>KENNY WINGENDER,<br><br>Defendant. | 8:20-CV-212<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 5th day of June, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge