IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN RAINES, as Trustee of the Carpenters & Joiners Welfare Fund, and each of their successors; TIM MCGOUGH, As Trustee of The Carpenters & Joiners Welfare Fund, and each of their successors; and JOHN RAINES, As Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors;<br><br>     Plaintiffs,<br><br> vs.<br><br>KENNY WINGENDER,<br><br>     Defendant,<br><br>Wells Fargo Bank, N.A.<br>1101 Galvin Rd S,<br>Bellevue, NE 68005,<br><br>     Garnishee. | 8:20CV212<br><br>ORDER |

  Pursuant to the Motion (Filing No. 11) submitted by Plaintiffs/Judgment Creditor, IT IS ORDERED that Garnishee Wells Fargo Bank, N.A. shall make payment to Plaintiffs/Judgment Creditors in the amount of $6,986.79 in satisfaction of Plaintiffs/Judgment Creditors' judgment against Defendant/Judgment Debtor in the amount of $6,986.79. Payment shall be mailed by Garnishee to Plaintiffs/Judgment Creditors within ten (10) business days of the Court's Order.

  Dated this 7th day of July, 2020.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge